Squitieri & Fearon, LLP
205 Hudson Street, 8th Floor
New York, New York 10013
Tel: 212.421.6492
Fax: 212.421.6553
www.sfclasslaw.com



SQUITIERI &
FEARON LLP

November 24, 2025

**BY ECF**

Honorable Ronnie Abrams
Southern District of New York
United States Courthouse
40 Foley Square
Courtroom 1506
New York, NY 10007

The conference scheduled for December 5, 2025 is adjourned to January 9, 2026 at 1:30 p.m.  The parties shall submit their joint letter and proposed case management plan by 5:00 p.m. on January 5, 2025.

SO ORDERED

Hon. Ronnie Abrams
November 25, 2025

Re:    **Ryger v. Sunbeam Products, Inc. et al.**
       **Case No.: 1:25-cv-08876-RA**

Dear Judge Abrams:

My firm represents Plaintiff Jack Ryger in this action. I am writing to request a one-month adjournment of the deadlines set in the Order and Notice of Initial Conference [ECF No. 7] because Defendants have not yet appeared in this action and their time to appear has not yet expired. I respectfully request a one-month adjournment to allow Defendants to appear by counsel in the action and then have sufficient time to work with my firm on the required pre-conference submissions.  There have been no prior requests for an adjournment of these dates.

The three deadlines affected by this request are:

1. The November 26, 2025 deadline for the parties to submit the joint pre-conference letter (Plaintiff is seeking to adjourn this deadline for 30 days to December 30, 2025);

2. The November 26, 2025 deadline for the parties to submit a proposed Case Management Plan (Plaintiff is seeking to adjourn this deadline for 30 days to December 30, 2025); and

3. The December 5, 2025 (2:00 p.m.) initial status conference (Plaintiff is seeking to adjourn this conference to a date and time in January that is convenient to the Court).

I am submitting a proposed Order that would, with the Court's permission, adjourn the first two dates for 30 days, and that provides a blank space for a new date and time on which the

1

Honorable Ronnie Abrams
November 24, 2025
Page 2

Court is available for the initial status conference. I am also providing the following background about the reasons for the request.

My firm filed this action on October 27, 2025. [ECF No. 1].  On October 29, 2025, a summons was issued for each of the two defendants. [ECF No. 6.] My firm then promptly served the summons and complaint on each defendant and filed proof of service on November 12, 2025 and November 19, 2025. [ECF No. 8 (proof of service on Defendant Sunbeam) and ECF No. 9 (proof of service on defendant Newell)].

Pursuant to the Federal Rules of Civil Procedure, Defendant Sunbeam has until December 3, 2025, and Defendant Newell has until December 10, 2025, to respond to the complaint. Defendants have not yet appeared in the action, and I do not know who will represent Defendants in this case. However, because the Court's Order and Notice of Initial Conference [ECF No. 7] sets deadlines for the parties that would occur before the deadline for Defendants to respond, I am making this request now, before the deadlines expire.

I respectfully request that the Court extend for thirty days the deadlines for the parties to submit the joint pre-conference letter and the proposed Case Management Plan (both currently due on November 26, 2025) and the initial status conference  (currently scheduled for December 5, 2025 at 2:00 p.m.). Doing so should allow sufficient time for Defendants to appear in the case through counsel and then provide the parties with the time necessary to cooperate on the pre-conference filings.

I am filing this letter-motion on ECF and also am providing a copy of it to the entities that accepted service on behalf of each Defendant. Because Defendants have not yet appeared in the action, I have not obtained Defendants' consent before making this request.

I am available at the Court's convenience to discuss this request.

Respectfully submitted,

Squitieri & Fearon, LLP

By:_____
Stephen J. Fearon, Jr.

**Attorneys for Plaintiff**

2