UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
JACK RYGER,

                         Plaintiff,

              -against-

SUNBEAM PRODUCTS, INC., et al.,

                        Defendants.
------------------------------------------------------------------X

25-CV-8876 (RA) (VF)

**ORDER**

**VALERIE FIGUEREDO, United States Magistrate Judge:**

This case has been referred to the undersigned for general pretrial supervision. ECF No. 23. Plaintiff is directed to file any response to the letter motion at ECF No. 21 by **May 20, 2026**.

      **SO ORDERED.**

DATED:    New York, New York
            May 13, 2026

                                 _____
                                 VALERIE FIGUEREDO
                                 United States Magistrate Judge