UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
JACK RYGER,

                        Plaintiff,                    25-CV-8876 (RA) (VF)

           -against-                        **ORDER**

SUNBEAM PRODUCTS, INC., et al.,

                        Defendants.
-----------------------------------------------------------------X
**VALERIE FIGUEREDO, United States Magistrate Judge:**

Defendants are directed to file their response to Plaintiff's letter motion at ECF No. 27 by

**Tuesday, June 9, 2026**.

A conference is scheduled for **Wednesday, June 17, 2026, at 10 a.m.** Counsel for the

parties are directed to call Judge Figueredo's Microsoft Teams conference line at the scheduled

time. **Please dial (646) 453-4442; access code [200 857 955#].**

       **SO ORDERED.**

DATED:    New York, New York
            June 4, 2026

                                   _____
                                   VALERIE FIGUEREDO
                                   United States Magistrate Judge