UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
JACK RYGER,

Plaintiff,

-against-

SUNBEAM PRODUCTS, INC., et al.,

Defendants.
-----------------------------------------------------------------X

25-CV-8876 (RA) (VF)

**ORDER SCHEDULING CONFERENCE**

**VALERIE FIGUEREDO, United States Magistrate Judge:**

A conference to discuss the letters at ECF Nos. 38, 40, and 41 is scheduled for **Thursday, September 17, 2026, at 10 a.m.** Counsel for the parties are directed to call Judge Figueredo's Microsoft Teams conference line at the scheduled time. **Please dial (646) 453-4442; access code [584 014 295#].**

**SO ORDERED.**

DATED: New York, New York
August 13, 2026

VALERIE FIGUEREDO
United States Magistrate Judge