UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X

JACK RYGER,

Plaintiff,

-against-

SUNBEAM PRODUCTS, et al.,

Defendants.

---------------------------------------------------------------X

**25-CV-8876-RA-VF**

**ORDER**

**VALERIE FIGUEREDO, United States Magistrate Judge:**

By no later than **November 30, 2026**, Defendants are directed to answer the following questions for the Court:

1. Defendants represent that they produced "claims for a 5-year period involving all sizes" of the mattress pad at issue here. Did that production include any corresponding emails or was it only for "claims"? And for what 5-year time period was that production?
2. Have Defendants produced email communications with consumers where a consumer raises an issue of overheating or a burn injury for the mattress pad at issue here? And if so, for what specific time period have those emails been produced?
3. Have Defendants produced the "investigation materials, testing results, and emails about these investigations" referenced in Plaintiff's letter (ECF No. 50) at page 1?
4. Defendants represent that they have "offered 5 years of claims and emails for all mattress pad products." What specific 5-year time

**SO ORDERED.**

DATED: New York, New York
November 19, 2026

VALERIE FIGUEREDO
United States Magistrate Judge